1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   JOEL E. SULIO,                        )   Case No. SA CV 16-2119-PJW
                                           )
11                   Plaintiff,            )
                                           )   J U D G M E N T
12            v.                           )
                                           )
13   NANCY A. BERRYHILL,                   )
     ACTING COMMISSIONER OF THE            )
14   SOCIAL SECURITY ADMINISTRATION,       )
                                           )
15                   Defendant.            )
     _____)

16

17        In accordance with the Memorandum Opinion and Order filed

18   herewith,

19        IT IS HEREBY ADJUDGED that the decision of the Commissioner of

20   the Social Security Administration is reversed and the case is

21   remanded for further proceedings consistent with the Memorandum

22   Opinion and Order.

23

          DATED: January 16, 2018

24

25

26        PATRICK J. WALSH
          UNITED STATES MAGISTRATE JUDGE

27

28   S:\PJW\Cases-Social Security\SULIO, J 2119\Judgment.wpd