The Law Offices of JUDITH S. LELAND, APLC
8345 E. Firestone Blvd., Suite 300
Downey, California 90241
Tel: (562) 904-6955
Fax: (562) 904-6965
JUDITH S. LELAND (State Bar No: 63747)
MOSELLE C. LELAND (State Bar No: 268272)
E-mail: tracey@disabilitylawfirm.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOEL SULIO, | CASE NO. SACV16-2119-PJW |
| Plaintiff, | |
| vs. | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND Dollars [$4,000.00], as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: February 20, 2018

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE